

**FILED**

MAR 22 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

**DAEBO SHIPPING CO. LTD.,**

      Plaintiff,

  v.                            **Civil Action No. 2:11cv173-RGD-DEM**

**AMERICAS BULK TRANSPORT LTD,**
**PHOENIX BULK CARRIERS (US) CORP,**
**PHOENIX BULK CARRIERS LTD and**
**AMERICAS BULK TRANSPORT (BVI) LTD,**

      Defendants.

### ORDER VACATING ATTACHMENT

This day came Americas Bulk Trading (BVI) Ltd. ("ABT BVI"), appearing by counsel making a restricted appearance pursuant to Supplemental Rule E(8), and moved to vacate the maritime attachment of bunkers laden aboard the M/V GREAT TALENT; and

Upon consideration of the evidence and the arguments of counsel for the plaintiff Daebo Shipping Co. Ltd. and ABT BVI, and for good cause shown, it is hereby

ORDERED, ADJUDGED and DECREED that the maritime attachment of the bunkers laden aboard the M/V GREAT TALENT is VACATED.

The Clerk of Court shall give notice forthwith to the United States Marshal to immediately release the attachment of the bunkers laden aboard the M/V GREAT TALENT.

An Opinion regarding this matter will follow this Order.

Entered this 22nd day of March, 2011.
Norfolk, Virginia

Robert G. Doumar
Senior United States District Judge

UNITED STATES DISTRICT JUDGE